**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:19-cv-00286-RM-NYW

BOLD IP PLLC, a Washington professional liability company,

        Plaintiff,

v.

BOLD LEGAL LLC, a Colorado limited liability company

        Defendant.

---

**STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

---

Plaintiff Bold IP PLLC ("Plaintiff") and Defendant Bold Legal LLC ("Defendant") submit this Stipulation of Dismissal of All Claims With Prejudice. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), under which the Plaintiff and Defendant stipulate to dismissal of all claims and counterclaims, with prejudice, and with each side to bear its own fees and costs.

Respectfully submitted: July 22, 2019

MATESKY LAW PLLC


By: /s/ *Michael P. Matesky*
_____

Michael P. Matesky, II
Matesky Law PLLC
1001 4th Ave., Suite 3200
Seattle, WA 98154
Ph: 206.701.0331
Fax: 206.701.0332
Email: mike@mateskylaw.com;
        litigation@mateskylaw.com

Steven L. Woodrow
Woodrow & Peluso, LLC
3900 East Mexico Ave., Suite 300
Denver, Colorado 80210
Telephone: (720) 213-0675
Facsimile: (303) 927-0809
Email:  swoodrow@woodrowpeluso.com

*Counsel for Plaintiff*

LEWIS ROCA ROTHGERBER CHRISTIE LLP


By:    *s/ Adam L. Massaro*
_____
Kris J. Kostolansky
Adam L. Massaro
1200 17th Street, Suite 3000
Denver, CO 80202
(303) 623-9000
kkosto@lrrc.com
amassaro@lrrc.com

*Attorneys for Defendant Bold Legal LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system on the date stated below, which will cause the foregoing to be electronically served on all parties of record pursuant to Fed. R. Civ. P. 5(b)(2)(E) and L.R. 5(b).

Dated: July 22, 2019

s/ *Adam L. Massaro*
Adam L. Massaro